

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00628-CV

**IN RE** Juan **ROBLES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On September 28, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and the responsive pleadings and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 18, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-06761, styled *Juan Robles vs. Cristina Tijerina Sepulveda*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding. The order about which Relator complains was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.